JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LOPEZ ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendant(s). | Case No. 2:19-cv-10909-MWF (Ex)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: June 29, 2021 |

**THE COURT HEREBY ORDERS** that pursuant to the Joint Stipulation For Dismissal filed by all parties to this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this action, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 22, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge